# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146357 & (66)(71)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                    SC:  146357
                                      COA:  300460
                                      Grand Traverse CC:
                                      10-011026-FC

ALAN STARR TROWBRIDGE,
     Defendant-Appellant.

_____/

       On order of the Court, the motion to expand the record is GRANTED.  By order of October 3, 2014, the prosecuting attorney was directed to answer the application for leave to appeal the September 25, 2012 judgment of the Court of Appeals.  The answer having been received, the application for leave to appeal is again considered.  We direct the Clerk to schedule oral argument on whether to grant the application or take other action.  MCR 7.302(H)(1).  At oral argument, the parties shall address whether the Court of Appeals correctly resolved the defendant's ineffective assistance of counsel claim in light of *People v Douglas*, 496 Mich 557 (2014).  The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2014



Clerk

s1217